**FILED**

August 2, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK ___

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )        Case No. CR S-05-0309 GEB
        Plaintiff,               )
                                 )        ORDER FOR RELEASE OF
v.                               )        PERSON IN CUSTODY
                                 )
SHANNON LEA SELLE,               )
                                 )
        Defendant.               )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release __SHANNON LEA SELLE__ , Case No. __CR S-__

__05-0309 GEB__ , Charge __21 §§ 846, 841(a)(1)__ , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

        ___     Release on Personal Recognizance

        X       Bail Posted in the Sum of $__500,000 ᵒᵒ__

                ___     Unsecured Appearance Bond $_____

                ___     Appearance Bond with 10% Deposit

                ___     Appearance Bond with Surety

                X       Corporate Surety Bail Bond

                ___     (Other)     _____

        This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

        Issued at __Sacramento, CA__ on __August 2, 2005__ at __5:00 P.M.__     .

                        By     _Dale A. Drozd_
                                Dale A. Drozd
                                United States Magistrate Judge

Original - U.S. Marshal