1 | RANDOLPH E. DAAR (CA SBN 88195)
506 Broadway
2 | San Francisco, CA 94133
Ph: 415-986-5591
3 | Fax: 415-421-1331

4 | Attorney for Defendant
SHANNON LEA SELLE

5

6 |                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF CALIFORNIA
7 |                             SACRAMENTO DIVISION

8

9 | UNITED STATES OF AMERICA,                    NO.   CR S-05-0309 GEB

10 |           Plaintiff,                         ORDER TO EXONERATE BAIL

11 |      v.

12 | SHANNON LEA SELLE,

13 |           Defendant.
    _____/
14

15 |      Upon the request of defendant and good cause appearing,

16 |      IT IS HEREBY ORDERED that the current bond in this matter

17 | is exonerated.  The Clerk of the Court is ordered to exonerate

18 | the $500,000 corporate surety bond posted as security for bail

19 | herein and notify Accredited Surety and Casualty and Marty's

20 | Bail Bonds of the exoneration.

21 | DATED: September 1, 2006.

22

23 |                          _____
                             DALE A. DRCZD
24 |                          UNITED STATES MAGISTRATE JUDGE

25 | Ddad1/orders.criminal/selle0309.ord

26

27

**LAW OFFICES**
506 BROADWAY 28
SAN FRANCISCO

(415) 986-5591
Fax: (415) 421-1331