1  RANDOLPH E. DAAR, SBN 88195
   ANNE MARIE TOMASSINI, SBN 239017
2  506 Broadway
   San Francisco CA 94133
3  Phone: 415/986-5591
   Fax: 415/421-1331
4
   Attorneys for SHANNON LEA SELLE
5

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,
                                    CR S-05-309 GEB
12         Plaintiff,
                                    STIPULATION AND [PROPOSED]
13     v.                           ORDER TO CONTINUE SENTENCING

14 SHANNON LEA SELLE et al,         Date: May 2, 2008
                                    Time: 9:00 a.m.
15         Defendant.                Court: Judge Burrell
   _____/

17     The parties, plaintiff United States of America, and
18 defendants Daren Wallace Glosser and Shannon Lea Selle, through
19 their respective attorneys, hereby stipulate and agree that the
20 judgment and sentencing hearing in the above-entitled matter,
21 presently scheduled for May 2, 2008, shall be continued to June
22 13, 2008, at 9:00 a.m.
23     This continuance is based on the scheduling of Ms. Selle's
24 Pre-sentence interview.  Due to scheduling difficulties of
25 counsel for Selle and the assigned probation officer, March 25,
26 2008, is the earliest date available.  The parties therefore
27 jointly agree to a continuance of Ms. Selle's sentencing to
28 allow the probation officer time after the interview to prepare

1  a draft presentence investigation report for the parties review
2  and comment.
3      Assistant United States Attorney Samuel Wong will be
4  unavailable for a substantial portion of the summer.  Mr. Wong
5  has indicated that his stipulation to this continuance is based
6  on the understanding that this will be the only continuance of
7  the sentencing in this matter.
8      For the foregoing reasons, the parties respectfully request
9  that the matter be continued from May 2, 2008 to June 13, 2008,
10 at 9:00 a.m.

11 Dated: March 20, 2008          /s/ RANDOLPH E. DAAR
                                  RANDOLPH E. DAAR
12                                Attorney for SHANNON SELLE

13
                                  LAW OFFICES OF WILLIAM OSTERHOUDT
14                                LAW OFFICES OF ANN C. MOORMAN

15 Dated: March 20, 2008    By   /s/ WILLIAM L. OSTERHOUDT
                                  WILLIAM L. OSTERHOUDT
16                                Attorney for Daren Glosser

17                                MCGREGOR W. SCOTT
                                  UNITED STATES ATTORNEY
18
   Dated: March 20, 2008    By   /s/ SAMUEL  WONG
19                                SAMUEL WONG
                                  Assistant U.S. Attorney
20

21                              **ORDER**

22     Pursuant to stipulation of the parties, and good cause
23 appearing, the Court hereby adopts the parties' stipulation in
24 its entirety as the Court's order.

25 Dated:  March 24, 2008

26

27                                _____
                                  GARLAND E. BURRELL, JR.
28                                United States District Judge

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2